**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN FELIX,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-0891 W (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 70]** |

　　　Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 70] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

　　　**IT IS SO ORDERED**.

Dated: May 5, 2022

_____
Hon. Thomas J. Whelan
United States District Judge